B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Acclaim Academy Florida, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-3631757** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6965 Piazza Grande Ave.**<br>**Orlando, FL**<br>ZIP Code **32835** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Acclaim Academy Florida, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br> X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Acclaim Academy Florida, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ James Monroe**
Signature of Attorney for Debtor(s)
**James Monroe 311995**
Printed Name of Attorney for Debtor(s)
**James H. Monroe, P.A,**
Firm Name
**PO Box 540163**
**Orlando, FL 32854-0163**

_____
Address

**Email: JamesMonroe@JamesMonroePA.com**
**407-872-7447  Fax: 407-246-0008**
Telephone Number
**May 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis Mope**
Signature of Authorized Individual
**Dennis Mope**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual
**May 20, 2015**
Date

Acclaim Academy Florida, Inc. -

| | | |
|---|---|---|
| Acclaim Academy Florida, Inc.<br>6965 Piazza Grande Ave.<br>Orlando, FL 32835 | All Access Therapy<br>5118 Timber Ridge Trail<br>Ocoee, FL 34761 | Career Builders<br>200 N. LaSalle St.<br>Chicago, IL 60601 |
| James Monroe<br>James H. Monroe, P.A,<br>PO Box 540163<br>Orlando, FL 32854-0163 | Angel Johnson<br>4472 Cepeda St.<br>Orlando, FL 32811 | Cathie Mikell<br>7625 Devola Tr.<br>Jacksonville, FL 32244 |
| 1325 Gateway, LLC<br>PO Box 971354<br>Pompano Beach, FL 33097 | Angela Martin<br>500 W. Airport Blvd.<br>#1111<br>Sanford, FL 32773 | CDW Government<br>200 N. Milwaukee Ave.<br>Vernon Hills, IL 60061 |
| A&S Transport<br>649 Fifth Ave., South<br>Naples, FL 34102 | Angelina Moss<br>4365 Melissa Ct., West<br>Jacksonville, FL 32210 | Center State Bank<br>PO Box 9602<br>Winter Haven, FL 33883-9602 |
| A.B. Fire Equipment, Inc.<br>2759 NW 19th St.<br>Pompano Beach, FL 33069 | Anthony Johnson<br>1688 Briarwood Lane<br>Orange Park, FL 32073 | Center State Bank<br>349 W. Oak St.<br>Kissimmee, FL 34741 |
| ACH Corp. of America<br>777 E. Altamonte Drive<br>Altamonte Springs, FL 32701 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | CenturyLink<br>P.O. Box 1319<br>Charlotte, NC 28201-1319 |
| Airspring Inc.<br>1801 W. Olympic Blvd.<br>Pasadena, CA 91199-1422 | Barron Toccara<br>11701 Palm Lake Dr., #1802<br>Jacksonville, FL 32218 | Charter Asset Mgmt. Fund, LP<br>515 Flower St., #36<br>Los Angeles, CA 90071 |
| Alarmtronics Systems<br>1849 Pine Bay Drive<br>Lake Mary, FL 32746 | Birnie Bus Service, Inc.<br>PO Box 630<br>Rome, NY 13442-0630 | Charter OC Orlando, LLC<br>One Aventura<br>20900 NE 30th St.<br>Miami, FL 33180 |
| Alegra Printing<br>4498 S. Vineland Rd.<br>Orlando, FL 32811 | Brighthouse<br>PO Box 30574<br>Tampa, FL 33630-3574 | Charter School Capital<br>222 SW Colombia, Suite 1750<br>Portland, OR 97201 |

Acclaim Academy Florida, Inc. -

Christopher Vegas
8103 Foxdale Dr.
Jacksonville, FL 32210

Culligan
2101 W. Landstreet Rd.
Orlando, FL 32809

DeVina DeLoach
7707 McCowan Dr.
Jacksonville, FL 32244

Cirriculum Assoc.
PO Box 4119
Woburn, MA 01888-4199

Daniel Reynolds
5044 Terra Vista
Orlando, FL 32837

Dex Imaging
5109 West Lemon Street
Tampa, FL 33609

CIT
21146 Network Place
Chicago, IL 60673-1221

David Herzig
1011 Providence lane
Oviedo, FL 32765

Diane White
20 Sweetwater Creek Circ.
Oviedo, FL 32765

City Wide Maintenance
of Jacksonville
3947 Boulevard Ctr., #100
Jacksonville, FL 32210

Deborah Britten
27 East Hammon Dr.
Apopka, FL 32703

Donaldo Harris
293 E. Auburn Oaks Rd.
Jacksonville, FL 32218

Cleanaire Mechanical Inc.
PO Box 600465
Jacksonville, FL 32260

Deborah S. perkins
2122 McMillan St.
Jacksonville, FL 32209

Donna Williams
2054 Riverside Ave., #7206
Jacksonville, FL 32204

Community Rehab Assoc.
3950 3rd St., North
Suite D
Saint Petersburg, FL 33703

Delrose Bramwell-Woolley
917 Alsace Dr.
Kissimmee, FL 34759

Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

Contemporary Interiors Inc.
2626 NW 35th st.
Ocala, FL 34475

Deluxe For Business
3680 Victoria St., North
Saint Paul, MN 55126

Dwayne Thomas
8798 Oxfordshire Ave.
Jacksonville, FL 32219

Cornell Young
5806 Erhardt Dr.
Riverview, FL 33569

Deminka Robinson
10643 Wild Azalea Ct.
Jacksonville, FL 32221

Dyna Fire
109 Concord Dr.
Suite B
Casselberry, FL 32707

Courtney Suggs
9045 Galloway Dr.
Jacksonville, FL 32219

Desai Ventures, LLC
9111 Philip Grove Terrace
Orlando, FL 32836

Edu-Pro Management, LLC
9111 Phillips Grove Terrace
Orlando, FL 32836

Acclaim Academy Florida, Inc. -

| | | |
|---|---|---|
| Educational Networks<br>80 Broad St., Suite 2500<br>New York, NY 10004 | Frances Gonzalez<br>11247 San Jose Blvd., #1011<br>Jacksonville, FL 32223 | JEA<br>PO Box 45047<br>Jacksonville, FL 32232-5047 |
| Energy Air Inc.<br>5401 Energy Air Ct.<br>Orlando, FL 32810 | Funding the Gap<br>16427 N. Scttsdale Rd.<br>Suite 410<br>Scottsdale, AZ 85254 | Jeannette Jimenez<br>6031 Agusta National Dr.<br>#300<br>Orlando, FL 32822 |
| ESJ Capital Partners<br>One Aventura<br>20900 NE 30th Ave.<br>Orlando, FL 32810 | Funding the Gap, LLC<br>16427 N. Scottsdale Rd.<br>Scottsdale, AZ 85254 | Jocelyn Grissett<br>4727 Fireside Ct.<br>Jacksonville, FL 32210 |
| ETI Financial Corp.<br>PO Box 829522<br>Pembroke Pines, FL 33082-9522 | Great American Leaseing Corp<br>PO Box 660831<br>Dallas, TX 75266-0831 | Jocelyn Lawson<br>5413 Waldron St.<br>Fernandina Beach, FL 32034 |
| Everson Sanders<br>6837 Mist View Dr.<br>Jacksonville, FL 32210 | Group One Safety & Security<br>c/o Cornerstone Billing<br>PO Box 189<br>Orland Park, IL 60462-0189 | Kamirah Adkins<br>6001 City Lane #7308<br>Kissimmee, FL 34747 |
| FEDEX<br>P.O. BOX 660481<br>Dallas, TX 75266 | Hilary Bowman<br>415 Alexandria Place Dr.<br>Apopka, FL 32712 | Kara DiGiorgio<br>6249 Dowdy Ct.<br>Orlando, FL 32819 |
| Flinn Scientific Inc.<br>PO Box 219<br>Batavia, IL 60510 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kelsey Arons<br>14541 Old Thicket Trace<br>Winter Garden, FL 34787 |
| Florida Department Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | James Chorman<br>14073 Hunter Grove Dr.<br>Orlando, FL 32828 | Kelvin Pruitt<br>105 Flower of Scotland<br>Saint Johns, FL 32259 |
| FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | James Patterson<br>274 Big Sioux Dr.<br>Kissimmee, FL 34759 | Kissimmee Utility Authority<br>1701 W. Carroll St.<br>Kissimmee, FL 34741 |

Acclaim Academy Florida, Inc. -

| | | |
|---|---|---|
| Korey Harrington<br>4301 Confederate Pt. Rd.<br>#36-A<br>Jacksonville, FL 32210 | Monica Leverette<br>11227 Bentley Trace Ln.<br>Jacksonville, FL 32257 | Patrena Evans<br>1953 W. 13th St.<br>Jacksonville, FL 32209 |
| Lake Apopka Gas<br>PO Box 771275<br>Winter Garden, FL 34777-1275 | NCS Pearson Inc.<br>13036 Collection Ctr. Dr.<br>Chicago, IL 60693 | Pearson<br>200 Olotappanrd<br>Westwood, NJ 07675 |
| Laura M. Riekki<br>2606 Sea Breeze Circle<br>Orlando, FL 32805 | Nicole T. Melvani<br>Murphy Anderson<br>1501 San Marco Blvd.<br>Jacksonville, FL 32207 | Porter H. Strudwick<br>3947 Sunset Lake Dr.<br>Lakeland, FL 33810 |
| Laurie Matz<br>811 Counts Crest Cir.<br>Apopka, FL 32712 | Office Depot<br>PO BOx 633211<br>Cincinnati, OH 45263-3211 | ProTech Services<br>PO Box 54580<br>Jacksonville, FL 32245 |
| Luis Melo<br>1316 W. Pointe Villas Blvd.<br>#201<br>Winter Garden, FL 34787 | Orkin<br>1601 N. Kelley Ave.<br>Kissimmee, FL 34744-3497 | Rachelle Parady<br>1706 Sloop Pl.<br>Brandon, FL 33511 |
| Managed Enterprise Solutions<br>4700 Hearthside Dr.<br>Orlando, FL 32837 | Orkin Duvall<br>529 Stuart Lane<br>Jacksonville, FL 32254-3420 | Ralph Savinon<br>646 Bayport Dr.<br>Kissimmee, FL 34758 |
| Managed Enterprises Solution<br>6000 Metrowest Blvd., #205<br>Orlando, FL 32835 | Orkin Orange<br>1601 Kelley Ave.<br>Kissimmee, FL 34744-3497 | Reception HQ<br>2600 N. Central Ave.<br>Suite 904<br>Phoenix, AZ 85004 |
| Matthew Myers<br>2580 Greenhill Way<br>Oviedo, FL 32765 | Orlando Utilities Comm.<br>POO BOx 31329<br>Tampa, FL 33631-3329 | Richard Diaz<br>7612 Clubdale Loop<br>Orlando, FL 32810 |
| Michael Bojack<br>5816 Eggleston Ave.<br>Orlando, FL 32810 | Overhead Door Company<br>PO BOx 150647<br>Altamonte Springs, FL 32715 | Richard Wallace<br>4988 Brook Rd.<br>Kissimmee, FL 34758 |

Acclaim Academy Florida, Inc. -

Robin Gilmore
9722 Moss Rose Way
Orlando, FL 32832

Tami Knight
1251 Harbour Town Dr.
Orange Park, FL 32065

WSMS, LLC
6965 :iazza Grande Ave.,#311
Orlando, FL 32835

Rock Davis
3228 Oak Tree Lane
Winter Haven, FL 33884

Tanya Knight
3871 Kruger Rand Cove
Sanford, FL 32771

Ronald Large
7824 Holiday Isle Dr., A-201
Orlando, FL 32812

Tanya Menotte
3698 Paleface Place
Jacksonville, FL 32210

Scholastic Inc.
PO Box 3725
Jefferson City, MO 65102-3725

Thomas Battiato
4723 Avon Ct.
Saint Cloud, FL 34769

Shayna Black
3534 Smithfield St., #1706
Jacksonville, FL 32217

True Vine Landscape
PO Box 516
Clarcona, FL 32710

SLA Management
3217 Corrine Dr.
Orlando, FL 32803

Vanessa Feliciano
719 Myrtle Lake Ct., #103
Orlando, FL 32825

Sonya Holmes
1204 Westdale Dr.
Jacksonville, FL 32211

Waste Management
PO Box 105453
Atlanta, GA 30348

Speech and Language Therapy
4083 Sunbeam Rd., #1123
Jacksonville, FL 32257

William K. Orris
2834 Tropic Court
Winter Garden, FL 34787

Tameka Hanford
6131 Roxbury Ave.
Orlando, FL 32809

Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950

# United States Bankruptcy Court
## Middle District of Florida

In re   **Acclaim Academy Florida, Inc.**                             Case No.
                                        Debtor(s)                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,165.00** |
   | Prior to the filing of this statement I have received | $ **5,165.00** |
   | Balance Due | $ **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 20, 2015**                    **/s/ James Monroe**
                                                        **James Monroe 311995**
                                                        **James H. Monroe, P.A,**
                                                        **PO Box 540163**
                                                        **Orlando, FL 32854-0163**
                                                        **407-872-7447   Fax: 407-246-0008**
                                                        **JamesMonroe@JamesMonroePA.com**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Acclaim Academy Florida, Inc.**  
                                            Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Acclaim Academy Florida, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 20, 2015**  
Date

**/s/ James Monroe**  
**James Monroe 311995**  
Signature of Attorney or Litigant  
Counsel for  **Acclaim Academy Florida, Inc.**  
**James H. Monroe, P.A,**  
**PO Box 540163**  
**Orlando, FL 32854-0163**  
**407-872-7447 Fax:407-246-0008**  
**JamesMonroe@JamesMonroePA.com**